**BARREN ISLAND MARINA,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 03–5003.**

United States Court of Appeals,
Federal Circuit.

Jan. 2, 2003.

### ORDER

Order Vacated, See 2003 WL 1084659.

Counsel having failed to become a member of the bar of this court as required by Federal Circuit Rule 46, and having failed to file the brief required by Federal Circuit Rule Rule 31(a) within the time permitted by the rules, it is

ORDERED that the appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.